UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stanley Lee Basnight**                                          **Docket No. 2:11-CR-45-1BO**

### Petition for Action on Supervised Release

COMES NOW Melissa Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stanley Lee Basnight, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 280 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 846 was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 18, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Stanley Lee Basnight was released from custody on May 1, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 6, 2015, the defendant was served with a warrant in Tyrrell County, North Carolina, charging him with Misdemeanor Larceny and Possession of Stolen Goods (15CR50212). He was released on a personal recognizance bond the same date. Per the police report, on November 2, 2015, the defendant was observed on video reaching into an unattended grocery cart and taking a purse that was accidentally left by a patron, then entering a vehicle and leaving. When confronted by the probation officer regarding this conduct, the defendant contended that he was planning to return the purse. The property was returned to the Tyrrell County Sheriff's Department by the defendant's brother, Mytory Basnight, upon direction of Deputy Norman Steele. The matter remains pending in Tyrrell County District Court. As a sanction for the defendant's criminal conduct, we are recommending that he be placed on the home detention program for a period of 120 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Stanley Lee Basnight
Docket No. 2:11-CR-45-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa Gonigam
Melissa Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: December 2, 2015

## ORDER OF THE COURT

Considered and ordered this __3__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge