UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Stanley Lee Basnight**　　　　　　　　　　　　　　**Docket No. 2:11-CR-45-1BO**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stanley Lee Basnight, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 280 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 846 was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 18, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Stanley Lee Basnight was released from custody on May 1, 2015, at which time the term of supervised release commenced.

On December 2, 2015, a Petition for Action was submitted to the court advising that on November 6, 2015, Basnight was served with a warrant in Tyrrell County, North Carolina, charging him with Larceny and Possession of Stolen Goods (15CR50212). As a sanction for the violation, Basnight was ordered to complete 120 days of home detention.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted above, Basnight was ordered to complete a period of home confinement due to new criminal charges. However, it has since been discovered that the geographical location of the defendant's residence is not compatible with electronic monitoring. As such, we are respectfully recommending that he be required to serve the remainder of his home detention by curfew which will be monitored by telephone.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer until April 8, 2016. The defendant is restricted to his residence during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

Stanley Lee Basnight
Docket No. 2:11-CR-45-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: (252) 830-2348
Executed On: January 29, 2016

## ORDER OF THE COURT

Considered and ordered this ___2___ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge